# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2006

128059(53)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRUCE B. FEYZ,
       Plaintiff-Appellee,

v

MERCY MEMORIAL HOSPITAL,
MEDICAL STAFF OF MERCY MEMORIAL
HOSPITAL, RICHARD HILTZ, JAMES
MILLER, D.O., JOHN KALENKIEWICZ, M.D.,
J. MARSHALL NEWBERN, D.O., and
ANTHONY SONGCO, M.D.,
       Defendants-Appellants.

SC: 128059
COA: 246259
Monroe CC: 02-014174-CZ

_____

       On order of the Chief Justice, the motion by defendants-appellants for extension of time for filing their reply brief is considered and it is GRANTED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2006

_____
Clerk